UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TONYA BROWN, JOHN ELSTAD, ALBERT
GOEKEN, ELIZABETH HOMAN, and JEFFERY
SAMPERE,

                    Plaintiffs,

           -against-

CERBERUS CAPITAL MANAGEMENT, L.P.,
CERBERUS COVIS LLC, COVIS HOLDINGS,
L.P., COVIS MANAGEMENT INVESTORS LLC,
COVIS US HOLDINGS, LLC, COVIS
MANAGEMENT INVESTORS US LLC, COVIS
PHARMACEUTICALS, INC., ALEXANDER
BENJAMIN, MICHAEL KELLY, and ETHAN
KLEMPERER,

                    Defendants.

------------------------------------------------------------ x

ORDER
15 Civ. 09022 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' unopposed Motion to Unseal the Complaint (ECF No. 5) is GRANTED.

    The Clerk of the Court is instructed to close the motion at ECF No. 5.

Dated: February 3, 2016
       New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       United States District Judge